CLARA B. WILCOX, Appellant, *v.* THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.

ASA H. WILCOX, an Infant, by CLARA B. WILCOX, His Guardian ad Litem, Appellant, *v.* THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.

(Argued October 25, 1934; decided November 20, 1934.)

*Nelson J. Palmer* and *David H. Stanton* for appellant.
*Roy P. Ohlin, Frederick L. Allen, Franklin D. L. Stowe* and *Mason O. Damon* for respondent.

Judgments affirmed, with one bill of costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.